UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60033-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    **NOTICE SETTING CAUSE FOR TRIAL**

AFRICAN IRVIN and
DEVON BOOTHE,

    Defendants.
_____

    TAKE NOTICE that the above-entitled case has been set for Calendar Call at <u>10:00</u> AM, April 2, 2015 before the Honorable William J. Zloch, United States District Judge at the U.S. District Court, Courtroom A, 299 E. Broward Boulevard, Fort Lauderdale, Florida, for the trial period commencing April 6, 2015.  At that time each case will be assigned a number for trial.  Counsel for defendant shall notify defendants of the above dates.

    Proposed Jury Instructions must be submitted at the beginning of trial.

    Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

    All counsel are required to inform the Court when an interpreter is needed prior to trial.

    All counsel are required to file current speedy trial reports prior to Calendar Call.

**Any motion for continuance for any reason must be filed 14 calendar days prior to calendar call.  Failure to do so will result in automatic denial of the motion.**

Please notify the Court immediately at (954) 769-5480 of any settlement in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __27th__ day of February, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Brent Tantillo, Esq., AUSA
Kenneth Mair, Esq.
Allen Kaufman, Esq.